# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA GUILFOYLE,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORP., et al.,<br><br>　　　　　Appellees. | CASE NO. 1:13-CV-1330 AWI<br><br>ORDER ON APPELLANT MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 5) |

　　　This is an appeal from the Bankruptcy Court by Appellant Sonia Guilfoyle. On October 15, 2013, Appellant filed motion for a 30 day extension of time in which to file her opening brief. Having reviewed the case, the Court will grant Appellant's motion.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. Appellant's motion for a 30 day extension in which to file her opening brief is GRANTED;

2. Appellees shall file an opening brief within 14 days of service of Appellant's opening brief; and

3. Appellant may file a reply brief within 14 days of service of the Appellees' opening brief.


IT IS SO ORDERED.

Dated:   October 22, 2013                    _____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE